■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

PEDRO HUERTAS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.